# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITO WHITE,<br><br>　　　　Plaintiff,<br><br>　v<br><br>BLUE PEARL HOME CARE LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01466-JLT<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>DEADLINE: MARCH 16, 2018 |

This action was filed on October 31, 2017. On February 12, 2018, an informal teleconference was held with the parties. During the teleconference, the parties informed the Court that they have reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Dispositional documents shall be filed on or before March 16, 2018.

IT IS SO ORDERED.

Dated:　__**February 12, 2018**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1