1  DENNIS W. RIHN, ESQ. (SBN 126233)
   ATTORNEY AT LAW
2  215 North Marengo Avenue, Third Floor
   Pasadena, CA 91101
3  Telephone: (626) 396-1545
4  Email: d.rihn@att.net

5  NINA J. BAUMLER, ESQ. (SBN 256728)
   THE LAW OFFICE OF NINA BAUMLER
6  840 Apollo Street, Suite 311
   El Segundo, CA 90245
7  Telephone: (424) 269-0624
8  Email: nina@baumlerlaw.com

9  Attorneys for Plaintiff Teresito White

10 MICAH K. NILSSON (SBN 250919)
   JUSTIN L. THOMAS (SBN 288590)
11 DOWLING AARON INCORPORATED
12 5080 California Avenue, Suite 340
   Bakersfield, CA 93309
13 Telephone: (661) 716.3000
   Email: MNilsson@dowlingaaron.com; JThomas@dowlingaaron.com
14
15 Attorneys for Defendants Blue Pearl Home Care LLC,
   Petro Crisostomo, Christine Crisostomo,
16 Devoted Home Care, LLC, and Imelda Valdez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITO WHITE, | CASE NO: 1:17-cv-01466-JLT |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION AND CONTINUING JURISDICTION OF THE COURT |
| vs. | |
| BLUE PEARL HOME CARE LLC and PETRO CRISOSTOMO and CHRISTINE CRISOSTOMO and DEVOTED HOME CARE, LLC and IMELDA VALDEZ, | (Doc. 19) |
| Defendants. | |

[Proposed] Order for Dismissal of Entire Action

# [~~PROPOSED~~] ORDER OF DISMISSAL

Based upon the stipulation of the parties, and good cause appearing, it is ordered that the entire action is dismissed with prejudice subject to the Court's retention of jurisdiction to enforce the terms of the parties' confidential settlement agreement.

IT IS SO ORDERED.

    Dated:   **March 15, 2018**              **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE